UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

CIVIL ACTION NO. 7:11-18-KKC

IRVIN W. JUSTICE,                                                                                    PLAINTIFF

v.                                             **JUDGMENT**

UNITED MINE WORKERS OF
AMERICA 1974 PENSION PLAN AND TRUST,                           DEFENDANT

\*\*\*   \*\*\*   \*\*\*

In accordance with the Opinion and Order entered today, the Court hereby ORDERS and ADJUDGES as follows:

1)   the Plaintiff's Motion for Summary Judgment [DE 16] is DENIED;

2)   the Defendant's Motion for Entry of Judgment Upholding the Trustees' Denial of Benefits [DE 17] is GRANTED and Judgment is hereby entered for the Defendants upholding the Trustees' denial of benefits;

3)   this matter is DISMISSED and STRICKEN from the active docket of this Court; and

4)   this Judgment is FINAL and APPEALABLE.

Dated this 26th day of March, 2012.



Signed By:
*Karen K. Caldwell* KKC
United States District Judge